1

2

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11

12  ALFONSO R. SWAIN,                ) Case No. CV 10-7215 MRW
                                     )
13              Plaintiff,           )
14       vs.                         ) JUDGMENT
                                     )
15  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
                                     )
16              Defendant.           )
                                     )
17  _____ )

18

19

20       The decision of the Administrative Law Judge is AFFIRMED.  Judgment

21  shall be entered in favor of Defendant.

22

23

24  DATE:  July 26, 2011          _____

25                                HON. MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE
26

27

28